[No. 54555-8-I.   Division One.   May 2, 2005.]

HOCK GUAN GOH ET AL., *Appellants*, v. AMERICAN PRESIDENT LINES, LTD., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-29670-0, Steven G. Scott, J., entered July 2, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.

[No. 54597-3-I.   Division One.   May 2, 2005.]

WILLIAM GARDINER, *Appellant*, v. FANNIE MAE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 04-2-00219-5, Michael E. Rickert, J., entered June 25 and July 23, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54725-9-I.   Division One.   May 2, 2005.]

ROSALINDA PAISLEY, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-30619-5, Mary Roberts, J., entered July 23, 2004. *Affirmed* by unpublished per curiam opinion.

[Nos. 29027-8-II; 29087-1-II.   Division Two.   May 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PHET ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 98-1-03162-1 and 98-1-03157-5, Karen L. Strombom, J., entered June 28, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Hunt, J.